Peter J. Kennedy (SBN 166606)
pkennedy@reedsmith.com
Natasha Sung (SBN 228633)
nsung@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080

Mark S. Melodia
(*Pro Hac Vice* to be filed)
mmelodia@reedsmith.com
Paul Bond
(*Pro Hac Vice* to be filed)
pbond@reedsmith.com
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540
Telephone: 609.520.6015
Facsimile: 609.951.0824

Attorneys for Defendants Countrywide Financial Corporation, Bank of America Corporation, Countrywide Bank, FSB, and Countrywide Home Loans, Inc., and Full Spectrum Lending Division

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JEAN BLICKENSDERFER, on her own and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, a California corporation; BANK OF AMERICA CORPORATION, a North Carolina corporation; COUNTRYWIDE BANK, FSB, a California corporation; COUNTRYWIDE HOME LOANS, INC., a Division of COUNTRYWIDE BANK, FSB, a California corporation; FULL SPECTRUM LENDING DIVISION, a California corporation,<br><br>Defendants. | Case No. C08-05025 MMC<br><br>[PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>Compl. Filed: November 4, 2008<br>Honorable: Maxine M. Chesney<br>Courtroom: 7 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## ORDER

After full consideration of the parties' Stipulation Staying Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation, and good cause appearing:

**IT IS HEREBY ORDERED** that this action is stayed pending transfer to the United States District Court for the Western District of Kentucky.

DATED:   January 12, 2009

_____
Maxine M. Chesney
United States District Judge

US_ACTIVE-101011625.1