A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Dec 29, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Dec 09, 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION**

C 08 5025 MMC

(SEE ATTACHED SCHEDULE)

MDL No. 1998

**FILED**

JAN 1 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 2, 2008, the Panel transferred six civil actions to the United States District Court for the Western District of Kentucky for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* F.Supp.2d. (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Thomas B. Russell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Kentucky and assigned to Judge Russell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Kentucky for the reasons stated in the order of December 2, 2008, and, with the consent of that court, assigned to the Honorable Thomas B. Russell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Kentucky. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 29, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**FILED & CERTIFIED**
JEFFREY A. APPERSON, CLERK
U.S. DISTRICT COURT
W/D of KENTUCKY

Date: Jan 05, 2009

By: Carolyn S. DeBow
Deputy Clerk

IN RE: COUNTRYWIDE FINANCIAL CORP. CUSTOMER
DATA SECURITY BREACH LITIGATION                                  MDL No. 1998

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA SOUTHERN** | |
| ALS 1 08-545 | Alvin L. Kirskey v. Countrywide Finanial Corp., et al. |
| **CALIFORNIA CENTRAL** | |
| CAC 2 08-6034 | Manuel Lemuz, et al. v. Countrywide Financial Corp. |
| CAC 2 08-6042 | William P. Martin, et al. v. Countrywide Financial Corp., et al. |
| CAC 2 08-6334 | Deborah Devries v. Countrywide Finanial Corp., et al. |
| CAC 2 08-7463 | Abner Lazard v. Countrywide Financial Corp., et al. |
| CAC 8 08-1144 | Philip Johnson, et al. v. Countrywide Financial Corp., et al. |
| **CALIFORNIA EASTERN** | |
| CAE 2 08-2246 | Pablo Posada, et al. v. Countrywide Financial Corp., et al. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 08-5025 | Deborah Jean Blickensderfer v. Countrywide Financial Corp., et al. |
| **CALIFORNIA SOUTHERN** | |
| CAS 3 08-1875 | Joel Arias, et al. v. Countrywide Financial Corp., et al. |
| **COLORADO** | |
| CO 1 08-2035 | Joseph S. Garbo, Jr., et al. v. Countrywide Bank, FSB, et al. |
| **FLORIDA MIDDLE** | |
| FLM 2 08-774 | Herb Clarke v. Countrywide Home Loans, Inc., et al. |
| FLM 6 08-1687 | Juan Colon v. Countrywide Financial Corp., et al. |
| **ILLINOIS NORTHERN** | |
| ILN 1 08-5643 | Dona Kare Kowalski, et al. v. Countrywide Financial Corp., et al. |
| ILN 1 08-6264 | Thomas M. Wardrop v. Countrywide Financial Corp., et al. |
| ILN 3 08-50229 | David Modrzejewski, et al. v. Countrywide Financial Corp., et al. |
| **KANSAS** | |
| KS 2 08-2450 | Darin Hamilton, et al. v. Countrywide Financial Corp., et al. |
| **MAINE** | |
| ME 2 08-356 | John M. Wilkinson v. Countrywide Financial Corp., et al. |
| **MICHIGAN EASTERN** | |
| MIE 2 08-14384 | Jayson E. Blake v. Countrywide Financial Corp., et al. |